# Court of Appeals
# of the State of Georgia

ATLANTA,  October 17, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0118.  STEFANIE L. BORGERS v. BRYAN THOMAS BORGERS.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED.  The Appellant may file a Notice of Appeal within 10 days of the date of this order.  The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

The Appellant's request to stay the trial court's order is DENIED.  See Court of Appeals Rule 41 (b).  Should Appellant wish to obtain a ruling on this issue, she should first direct any such request to the trial court.  See *Green Bull Ga. Partners, LLC v. Register*, 301 Ga. 472, 473 (801 SE2d 843) (2017).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  10/17/2017
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*